UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NELSON COLON,
                              Plaintiff,

                        24 Civ. 8825 (LGS)

            -against-

                        ORDER

BRONX NISSAN, INC. et al.,
                             Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an Order dated November 21, 2024, required the parties to file a joint letter and proposed case management plan no later than seven days before the initial pretrial conference, which is scheduled for January 22, 2025.

      WHEREAS, Plaintiff has not served Defendants and failed to timely submit a status letter or proposed case management plan.  It is hereby

      **ORDERED** that the initial pretrial conference is **ADJOURNED** to **February 12, 2025**.  The parties shall file their pre-conference materials by **February 5, 2025**.  It is further

      **ORDERED** that, by **January 22, 2025**, Plaintiff shall file a letter on the status of service on Defendants.

Dated: January 16, 2025
       New York, New York

                                                   LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE