UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NELSON COLON,

                    Plaintiff,

         -against-

BRONX NISSAN, INC. et al.,

                  Defendants.
------------------------------------------------------------X

24 Civ. 8825 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an Order dated January 16, 2025, directed the parties to file their pre-conference materials by February 5, 2025, in advance of the initial pretrial conference, which is scheduled for February 12, 2025, at 4:10 P.M.

    WHEREAS, on February 5, 2025, the parties filed a proposed case management plan, but did not file a joint letter as required in the Order dated November 22, 2024. It is hereby

    **ORDERED** that, by **February 7, 2025**, the parties shall file their pre-conference joint letter.

Dated: February 6, 2025
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE