# KRITZER LAW GROUP
**180 EAST MAIN STREET, SUITE 204**
**SMITHTOWN, NEW YORK 11787**
**631-982-0080 TEL, EX 104**
**CBLANCHARD@KRITZERLAWGROUP.COM**

February 6, 2025
**VIA ECF**

Hon. Lorna G. Schofield, USDJ
U.S. District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> Application **GRANTED**. The initial pretrial conference scheduled for February 12, 2025, is **ADJOURNED** to **March 12, 2025, at 4:10 P.M**. The parties shall submit their preconference materials by **March 5, 2025**. The parties shall file a letter on the status of settlement discussions by **February 25, 2025**. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 14.
>
> Dated: February 10, 2025
> New York, New York
>
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

**Re: Colon v. Bronx Nissan, Inc., et al., Docket No.: 24-CV-8825**
**Letter Motion to Extend Time to Answer and Adjourn Initial Conference**

Dear Hon. Judge Schofield;

Our office represents the Defendants in connection with the above matter.

Please allow this correspondence to serve as a request for an extension of time to answer the Complaint on behalf of our clients, on consent of Plaintiff's counsel to March 7, 2025. A stipulation confirming such consent is annexed as Exhibit A to this letter request. Our office recently accepted service on behalf of Defendant Capital One Auto Finance and request that Defendants' time move or respond be consolidated and scheduled for all Defendants to March 7, 2025.

Additionally, the parties also request on consent, that the initial conference scheduled for February 12, 2025 be adjourned to a date after March 7, 2025 should this Court permit (the undersigned is available March 12, 13 or 14th in the afternoons if the Court can accommodate). As set forth in the Proposed Case Management Plan filed on February 5, 2025, the parties are exchanging initial core documents for the purpose of continued settlement discussions before further litigation commences. Plaintiff has previously submitted a settlement demand and Defendants are reviewing a response to the same. We submit that it would be appropriate for the parties to attempt to resolve this dispute without further use of client and court resources if possible.

We appreciate Your Honor's time and consideration of this request.

Should you have any further questions, do not hesitate to contact our office.

Sincerely,
*Craig Blanchard*
**Craig Blanchard, Esq.**

Cc: Robert Nahoum, Esq., via ECF