UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NELSON COLON,
                               Plaintiff,

                 -against-

BRONX NISSAN, INC., et al.,
                               Defendants.
------------------------------------------------------------X

24 Civ. 8825 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    ized WHEREAS, an Order dated March 17, 2025, directed the parties to file a joint letter on the status of discovery by May 13, 2025.

    WHEREAS, the parties failed to file their joint status letter. It is hereby

    **ORDERED** that, by **May 23, 2025**, the parties shall file the status letter.

Dated: May 20, 2025
       New York, New York

                                                   **LORNA G. SCHOFIELD**
                                           **UNITED STATES DISTRICT JUDGE**