

*The Hudson Valley*
*(Main Office):*
*1 Blue Hill Plaza, Suite 1509*
*Pearl River, NY 10965*
Ph:   (845) 450-2906
Fax:  (888) 450-8640

*Brooklyn*
48 Willoughby Street, 2nd Floor
Brooklyn, NY 11201
Ph:   (718) 514-6026
Fax:  (888) 450-8640

Robert J. Nahoum
*Admitted to Practice NY, NJ & CT*

www.rjn@nahoumlaw.com
www.nahoumlaw.com

September 16, 2025

**VIA ECF**

Hon. Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

  Re: **Colon v. Bronx Nissan, Inc. et al**
    **Case Number:24-cv-08825-LGS**

Dear Honorable Judge Lorna G. Schofield:

  This office represents plaintiff Nelson Colon in this matter. I respectfully write jointly with counsel for Defendants and Third-Party Defendant regarding the Court's Scheduling Order entered on July 31, 2025 (Docket No. 44) (the "Scheduling Order"). Pursuant to the current Scheduling Order, trial is scheduled for November 10, 2025, with associated deadlines occurring between September 19, 2025, and November 10, 2025.

  By Order entered on August 5, 2025 (Docket No. 49), this case was assigned to Magistrate Judge Katharine H. Parker to conduct a settlement conference. A Settlement Conference before Judge Parker is scheduled for November 4, 2025 (Docket No. 52).

  After appearance and motion by Third-Party Defendant Concours Motors, Inc. ("Concours Motors"), Your Honor ordered that Concours Motors' answer to the Third-Party Complaint be filed on or before October 2, 2025 (Docket No. 56).

  Considering the foregoing, it is respectfully requested that all deadlines under the Scheduling Order be stayed pending the outcome of the Settlement Conference and should the Settlement Conference fail to resolve the matter that a new scheduling order be entered.

  Thank you for your consideration.

Respectfully submitted,

ROBERT J. NAHOUM

Application **GRANTED** in part.  The trial scheduled for November 10, 2025 is **adjourned**.  This action will be placed in second place on the December 15, 2025 trial-ready calendar.  The jury trial will begin on **December 15, 2025, at 9:45 A.M.**, or the Court's first available date thereafter.  The parties shall be ready to proceed on 24 hours' notice on or after December 15, 2025.  Any motions in limine shall be filed by **November 6, 2025**.  Responses to the motions shall be filed by **November 14, 2025**.  Joint requests to charge, voir dire, verdict form, any memorandum of law, and the final pretrial order shall be filed **November 24, 2025**.  A telephonic final pretrial conference is scheduled for **December 4, 2025 at 2:30 P.M**.  The parties should dial 888-363-4749 and enter access code 558-3333.  No further extensions will be granted absent extraordinary circumstances, which do not include further settlement discussions.

Dated: September 18, 2025
       New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**