

*The Hudson Valley*
(Main Office):
*1 Blue Hill Plaza, Suite 1509*
*Pearl River, NY 10965*
Ph:   (845) 450-2906
Fax:  (888) 450-8640

*Brooklyn*
48 Willoughby Street, 2nd Floor
Brooklyn, NY 11201
Ph:   (718) 514-6026
Fax:  (888) 450-8640

Robert J. Nahoum
*Admitted to Practice NY, NJ & CT*

www.rjn@nahoumlaw.com
www.nahoumlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/04/2025

November 4, 2025

The Honorable Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Colon v. Bronx Nissan, Inc. et al*
      <u>Docket No. 24-cv-08825-LGS</u>

> **APPLICATION GRANTED:** In light of the parties' representation that they have settled this matter, the Settlement Conference scheduled for <u>November 4, 2025 at 2:00 p.m.</u> is hereby adjourned sine die.
>
> **APPLICATION GRANTED**
>
> *Hon. Katharine H. Parker, U.S.M.J.*
> 11/04/2025

Dear Honorable Judge C Katharine H. Parker:

This office represents plaintiff Nelson Colon. I write jointly with counsel for all Defendants to inform the Court that last night, a tentative settlement was reached, and the parties are in the process of working through some ancillary issues.

<u>In light of the foregoing, the parties jointly request that the settlement conference currently scheduled for today, Tuesday November 4, 2025, at 2:00 p.m., be adjourned for 30 days. All parties consent to this request and no requests to adjourn this conference have been previously made</u>.

Thank you for your consideration.

Respectfully submitted,

ROBERT J. NAHOUM