UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
NELSON COLON,

        Plaintiff,  :  24 Civ. 8825 (LGS)

   -against-  :  <u>ORDER</u>

NISSAN OF THE BRONX, LLC. et al.,

        Defendants.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

  The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are **DENIED** as moot, and all conferences are **CANCELED**. The jury trial scheduled to begin December 15, 2025 is **ADJOURNED** sine die.

Dated: November 5, 2025
    New York, New York

                    LORNA G. SCHOFIELD
                    UNITED STATES DISTRICT JUDGE